## BEN HUBBY *v.* KINGSLEY K. HUBBY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 29253) is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*Ben Hubby,* pro se, in support of the petition.

Decided April 21, 2008

## TOMASZ OMACHEL *v.* SUNSHINE MASONRY CONSTRUCTION, LLC, ET AL.

The petition by The Hartford Insurance Group for certification for appeal from the Appellate Court (AC 29366) is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Adam L. LaFleche,* in support of the petition.

*Donna H. Summers,* assistant attorney general, in opposition.

Decided April 21, 2008